# Exhibit B

# The Philadelphia Courts
## Civil Docket Access

🛒 No Items in Cart | LOGOUT  agarner

**Person/Company Name Search Results**

A $5 Convenience fee will be added to the transaction at checkout.

▶ Home    ▶ New Search

**Phonetic Search:** off   **Last Name:** lakhmna   **First Name:** gagandeep

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| LAKHMNA, GAGANDEEP S | 225 S. 18TH STREET, UNIT 1106 PHILADELPHIA PA 19103-7906<br>**Case ID:** 201102829  CITY OF PHILADELPHIA VS CREATIVE CONSTRUCTION MANA | DFT | 04-DEC-2020 |
| LAKHMNA, GAGANDEEP S | 626 N. 5TH ST. PHILADELPHIA PA 19123<br>**Case ID:** 151100066  DEPAUL AND COMPANY VS LAKHMNA ETAL | DFT | 02-NOV-2015 |
| LAKHMNA, GAGANDEEP S | 2001 HAMILTON STREET PHILADELPHIA PA 19130<br>**Case ID:** 090501497  CIENA CAPITAL FUNDING, LLC F/K/A BLX CAPITAL, LLC | DFT | 13-MAY-2009 |
| LAKHMNA, GAGANDEEP S | 2001 HAMILTON STREET PHILADELPHIA PA 19130<br>**Case ID:** 090501504  CIENA CAPITAL FUNDING, LLC F/K/A BLX CAPITAL, LLC | DFT | 13-MAY-2009 |
| LAKHMNA, GAGANDEEP S | 2001 HAMILTON STREET - P 304 PHILADELPHIA PA 19130<br>**Case ID:** 090303536  THIRD FEDERAL SAVINGS BANK VS LAKHMNA ETAL | DFT | 20-MAR-2009 |
| LAKHMNA, GAGANDEEP S | 626 N. 5TH STREET PHILADELPHIA PA 19123<br>**Case ID:** 081101097  DIRECT AIR, LLC VS CREATIVE CONSTRUCTION MANAGEMEN | DFT | 07-NOV-2008 |
| LAKHMNA, GAGANDEEP S | 2001 HAMILTON ST P 304 PHILADELPHIA PA 19130<br>**Case ID:** 071104157  THIRD FEDERAL BANK VS ALLIED PETROLEUM VENTURES OF | DFT | 30-NOV-2007 |
| LAKHMNA, GAGANDEEP S | NONE GIVEN PHILADELPHIA PA 19100<br>**Case ID:** 071103586  THIRD FEDERAL BANK VS ALLIED PROPERTIES ORIANNA ST | RES | 28-NOV-2007 |
| LAKHMNA, GAGANDEEP | 1413 GERMANTONW AVENUE PHILADELPHIA PA 19122<br>**Case ID:** 220501932  CITY OF PHILADELPHIA VS ALLIED PREET NEW STREET ET | DFT | 20-MAY-2022 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET, APT.#1714 PHILADELPHIA PA 19102<br>**Case ID:** 200900770  MCCALLUM ETAL VS THE PHILADELPHIA CONTRIBUTIONSHIP | DFT | 17-SEP-2020 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 200800717  SCHUMAN VS LIBERTY INSURANCE CORPORATION ETAL | DFT | 07-AUG-2020 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE ST, APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 200401606  PIZER VS PREET ALLIED AMERICAN STREET LP ETAL | DFT | 30-APR-2020 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 200100899  KRAVITZ ETAL VS NVN LIBERTY GROUP LLC ETAL | DFT | 09-JAN-2020 |

| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** [200100760](#)  KRAVITZ ETAL VS NVN LIBERTY GROUP LLC ETAL | DFT | 08-JAN-2020 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** [200100377](#)  GIESSEN VS NVN LIBERTY GROUP LLC ETAL | DFT | 07-JAN-2020 |

Page:  [Next]  [Last]
**Records Found:**  54,  **Displayed:**  1  to  15



User Accepts/Agrees to Disclaimer.Not for official use.

# The Philadelphia Courts
## Civil Docket Access

No Items in Cart | LOGOUT  agarner

**Person/Company Name Search Results**

A $5 Convenience fee will be added to the transaction at checkout.

Home | New Search

**Phonetic Search:** off  **Last Name:** lakhmna  **First Name:** gagandeep

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 191203039  KLUTHE VS NVN LIBERTY GROUP LLC ETAL | DFT | 20-DEC-2019 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 191202991  SWERN VS NVN LIBERTY GROUP LLC ETAL | DFT | 19-DEC-2019 |
| LAKHMNA, GAGANDEEP | 1401 SPRUCE STREET APT. NO. 1714 PHILADELPHIA PA 19102<br>**Case ID:** 191202987  ACERBA VS NVN LIBERTY GROUP LLC ETAL | DFT | 19-DEC-2019 |
| LAKHMNA, GAGANDEEP | 30 S. 15TH ST., 15TH FLOOR PHILADELPHIA PA 19102<br>**Case ID:** 191201874  A ETAL VS GREENPOINTE CONSTRUCTION INC. ETAL | DFT | 12-DEC-2019 |
| LAKHMNA, GAGANDEEP | 30 S. 15TH ST., 15TH FLOOR PHILADELPHIA PA 19102<br>**Case ID:** 191002205  GALSTER VS GREENPOINTE CONSTRUCTION INC. ETAL | DFT | 21-OCT-2019 |
| LAKHMNA, GAGANDEEP | 30 S. 15TH ST., 15TH FLOOR PHILADELPHIA PA 19102<br>**Case ID:** 191002246  STONE VS GREENPOINTE CONSTRUCTION INC. ETAL | DFT | 21-OCT-2019 |
| LAKHMNA, GAGANDEEP | 30 S. 15TH ST., 15TH FLOOR PHILADELPHIA PA 19102<br>**Case ID:** 191002266  TIMLIN VS GREENPOINTE CONSTRUCTION INC. ETAL | DFT | 21-OCT-2019 |
| LAKHMNA, GAGANDEEP | 1808 SPRUCE ST PHILADELPHIA PA 19103<br>**Case ID:** 190402261  HASLAM ETAL VS GREENPOINTE CONSTRUCTION INC ETAL | DFT | 15-APR-2019 |
| LAKHMNA, GAGANDEEP | 225 S 18TH ST UNIT 1106 PHILADELPHIA PA 19103<br>**Case ID:** 180820032  IRS VS LAKHMNA | DFT | 20-AUG-2018 |
| LAKHMNA, GAGANDEEP | 225 S 18TH ST UNIT 1106 PHILADELPHIA PA 19103<br>**Case ID:** 180202072  LAKHMNA VS LAKHMNA ETAL | PLF | 21-FEB-2018 |
| LAKHMNA, GAGANDEEP | 201 SPRING GARDEN STREET APARTMENT 502 PHILADELPHIA PA 19123<br>**Case ID:** 150700229  BEST CHOICE PLUMBING, INC. VS SINGH ETAL | APPD | 06-JUL-2015 |
| LAKHMNA, GAGANDEEP | 1800 JOHN F. KENNEDY BLVD. SUITE 1400 PHILADELPHIA PA 19103<br>**Case ID:** 140502963  GILLEN-DOOBRAJH ETAL VS GDS CONSULTING, LLC ETAL | DFT | 23-MAY-2014 |
| LAKHMNA, GAGANDEEP | 1808 SPRUCE ST PHILADELPHIA PA 19103<br>**Case ID:** 131200304  COMMONWEALTH OF PA VS LAKHMNA | DFT | 03-DEC-2013 |
| LAKHMNA, | 1808 SPRUCE STREET PHILADELPHIA PA 19103 | DFT | 15-OCT-2013 |

| | | | | |
|---|---|---|---|---|
| GAGANDEEP | Case ID: 131007725 TOWER INVESTMENTS, INC. VS LAKHMNA ETAL | | | |
| LAKHMNA, GAGANDEEP | 1101 WASHINGTON AVENUE PHILADELPHIA PA 19147<br>**Case ID:** *130303269* FELLHEIMER & EICHEN LLP VS GREENPOINTE CONSTRUCTIO | DFT | 22-MAR-2013 |

Page:  First   Previous   Next   Last
**Records Found:**  54,  **Displayed:**  16  to  30



User Accepts/Agrees to disclaimer.Not for official use.

# The Philadelphia Courts
## Civil Docket Access

No Items in Cart | LOGOUT  agarner

**Person/Company Name Search Results**

A $5 Convenience fee will be added to the transaction at checkout.

Home   New Search

**Phonetic Search:** off   **Last Name:** lakhmna   **First Name:** gagandeep

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| LAKHMNA, GAGANDEEP | 1711 CHRISTIAN STREET PHILADELPHIA PA 19146<br>**Case ID:** 121200338  CITY OF PHILADELPHIA VS ALLIED ORIANNA ETAL | DFT | 04-DEC-2012 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON STREET, P 302 PHILADELPHIA PA 19130<br>**Case ID:** 101200555  PREMIER FINANCIAL SERVICES, LLC VS ALLIED PREET MA | DFT | 08-DEC-2010 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON STREET PROPERTY P304 PHILADELPHIA PA 19130<br>**Case ID:** 091104457  HARKINS VS ALLIED SNUG HARBOR, LP ETAL | RES | 25-NOV-2009 |
| LAKHMNA, GAGANDEEP | 626-636 NORTH FIFTH STREET PHILADELPHIA PA 19123<br>**Case ID:** 091000608  JKR PARTNERS LLC VS LAKHMNA ETAL | DFT | 08-OCT-2009 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON STREET UNIT P-304 PHILADELPHIA PA 19130<br>**Case ID:** 090902424  PENNONNI ASSOCIATES, INC. VS LAKHMNA ETAL | DFT | 23-SEP-2009 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON STREET UNIT P304 PHILADELPHIA PA 19130<br>**Case ID:** 090503378  OBERMAYER REBMANN MAXWELL & HIPPEL LLP VS ALLIED D | DFT | 22-MAY-2009 |
| LAKHMNA, GAGANDEEP | 315 GRAVEL PIKE COLLEGEVILLE PA 19426<br>**Case ID:** 090502866  THE AXELROD FIRM, LLC VS LAKHMNA ETAL | DFT | 20-MAY-2009 |
| LAKHMNA, GAGANDEEP | 1890 WOODHAVEN ROAD PHILADELPHIA PA<br>**Case ID:** 0904M0030  SWIDERSKI CONSTRUCTION CO., INC. VS PREET ALLIED A | DFT | 16-APR-2009 |
| LAKHMNA, GAGANDEEP | 212 BROWN ST PHILADELPHIA PA 19123-2211<br>**Case ID:** 090420168  IRS VS LAKHMNA | DFT | 08-APR-2009 |
| LAKHMNA, GAGANDEEP | 6653 RUTNALD STREET PHILADELPHIA PA 19149<br>**Case ID:** 090305449  COUNTRYWIDE HOME LOANS SERVICING LP VS LAKHMNA ETA | DFT | 02-APR-2009 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON STREET PHILADELPHIA PA 19130<br>**Case ID:** 090300928  TRU-FIT FRAME & DOOR CORP. VS ALLIED 101, LLC ETAL | DFT | 06-MAR-2009 |
| LAKHMNA, GAGANDEEP | 1890 WOODHAVEN ROAD PHILADELPHIA PA 19116<br>**Case ID:** 0903M0003  QUALITY HOME CONSTRUCTION, INC. VS PREET ALLIED AM | DFT | 05-MAR-2009 |
| LAKHMNA, GAGANDEEP | C/O THE AMERICAN LOFT 212 BROWN STREET PHILADELPHIA PA<br>**Case ID:** 0902M0024  SWIDERSKI CONSTRUCTION CO., INC. VS PREET ALLIED A | DFT | 20-FEB-2009 |
| LAKHMNA, GAGANDEEP | C/O THE AMERICAN LOFT 212 BROWN STREET PHILADELPHIA PA | DFT | 18-FEB-2009 |

|  | Case ID: 0902M0020 SWIDERSKI CONSTRUCTION CO., INC. VS PREET ALLIED A |  |  |
|---|---|---|---|
| LAKHMNA, GAGANDEEP | C/O THE AMERICAN LOFT 212 BROWN STREET PHILADELPHIA PA<br>Case ID: 0902M0017 SWIDERSKI CONSTRUCTION CO., INC. VS 101 WALNUT PEN | DFT | 17-FEB-2009 |

Page: First   Previous   Next   Last
**Records Found:**  54,  **Displayed:**  31  to  45




User Accepts/Agrees to Disclaimer. Not for official use.

 

# Philadelphia Courts Civil Docket Access

No Items in Cart | LOGOUT  agarner

**Person/Company Name Search Results**

A $5 Convenience fee will be added to the transaction at checkout.

Home    New Search

**Phonetic Search:** off    **Last Name:** lakhmna    **First Name:** gagandeep

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| LAKHMNA, GAGANDEEP | 2001 HAMILTON ST STE P134 PHILADELPHIA PA 19130 **Case ID:** 090220061  IRS VS ALLIED SNUG HARBOR LP ETAL | DFT | 03-FEB-2009 |
| LAKHMNA, GAGANDEEP | THE LOFTS 717 NORTH AMERICAN STREET PHILADELPHIA PA 19123 **Case ID:** 081101160  TURNKEY CONSTRUCTION SERVICES, INC. VS ALLIED PREE | DFT | 07-NOV-2008 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON ST STE P134 PHILADELPHIA PA 19130 **Case ID:** 081120025  IRS VS ALLIED SNUG HARBOR LP AND GAGANDEEP LAKHMNA | DFT | 06-NOV-2008 |
| LAKHMNA, GAGANDEEP | 626 N 5TH ST PHILADELPHIA PA 19123 **Case ID:** 081100091  MANTINI ETAL VS ALLIED PREET NEW STREET LLC ETAL | DFT | 03-NOV-2008 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON ST STE P134 PHILADELPHIA PA 19130 **Case ID:** 080820320  IRS VS ALLIED SNUG HARBOR LP | DFT | 08-SEP-2008 |
| LAKHMNA, GAGANDEEP | 625 NORTH FIFTH PHILADELPHIA PA 19123 **Case ID:** 070701794  PACITTI VS ALLIED 101 LLC ETAL | DFT | 13-JUL-2007 |
| LAKHMNA, GAGANDEEP | 626 N 5TH ST PHILADELPHIA PA 19123 **Case ID:** 070303320  GREENWALD VS PREET ALLIED AMEDRICAN STREET LP ETAL | DFT | 27-MAR-2007 |
| LAKHMNA, GAGANDEEP | 2001 HAMILTON ST UNIT P304 PHILADELPHIA PA 19130 **Case ID:** 060502689  GLES INC VS LAKHMNA ETAL | DFT | 18-MAY-2006 |
| LAKHMNA, GAGANDEEP | 2001 HAMILITON ST APT P302 PHILADELPHIA PA 19130 **Case ID:** 050820045  IRS VS LAKHMNA | DFT | 16-AUG-2005 |

Page: First    Previous

**Records Found:** 54,    **Displayed:** 46  to  54



 

User Accepts/Agrees to Disclaimer. Not for official use.