UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

10/3/2022

Adam Harrison Garner
The Garner Firm LTD
1617 John F Kennedy Blvd, Suite 550
Philadelphia, PA 19103

RE: Raphael Martinez v. Gagandeep Lakhmna, et al

CIVIL ACTION NO: 22-3022

Dear Mr. Silverstein:

    A review of the Court's records shows that service of the complaint has not been made on Defendants Gagandeep Lakhmna, 1413 Germantown LLC and Greenpointe LLC in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by October 31, 2022, in accordance with Rule 4(j) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

s/Ulrike Hevener

Ulrike Hevener

Deputy Clerk to Judge Kearney

Civ. 22