# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 22-CV-03022

Plaintiff:
**RAPHAEL MARTINEZ**

vs.

Defendant:
**1413 GERMANTOWN LLC, et al.**

For:
GARNER FIRM, LTD
1617 JFK Blvd.
Suite 550
Philadelphia, PA 19103

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **GAGANDEEP LAKHMNA, 1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**.

I, Daniel Guida, being duly sworn, depose and say that on the **28th day of September, 2022** at **3:20 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to **JOSE VEGA** as **CONCIERGE/AUTHORIZED**, who stated they are authorized to accept service for: **GAGANDEEP LAKHMNA** at the address of: **1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE MADE UPON BUILDING MANAGEMENT, RESIDENT AVOIDING SERVICE. 6 ATTEMPTS MADE, LAAKHMNA WAS NOT AVAILABLE AND DID NOT RESPOND TO NOTICES. THE ADDRESS WAS CONFIRMED BY THE BUILDING STAFF. ATTEMPTS: 8/31 816PM -NO ANSWER ON PHONE CALL FROM LOBBY; 9/3 907AM -CONCIERGE CALLED NO ANSWER; 9/9 1000AM - NO ANSWER FROM PHONE CALL FROM CONCIERGE, NO ANSWER FROM KNOCKING ON APT. DOOR. A NOTICE WAS LEFT WITH ANGELA, THE BUILDING SUPERVISOR; 9/11 927AM -NO ANSWER, THE CONCIERGE SAID HE HAS NOT SEEN THE DEFENDANT RECENTLY; 9/21 635PM - MR. LAKHMA WAS REACHED BY PHONE CALL FROM CONCIERGE. HE SAID HE IS NOT AVAILABLE AND HUNG UP. THE CONCIERGE WOULD NOT CALL BACK. A NOTICE WAS LEFT TO FORWARD TO LAKHMNA; 9/28 320PM, NO ANSWER BY PHONE, SERVICE ACCEPTED BY CONCIERGE AND HE WAS INFORMED TO GET THE DOCUMENTS TO TENANT/BUSINESS AGENT GAGANDEEP LAKHMNA

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: HISPANIC, Height: 5'10, Weight: 275, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Daniel Guida
Process Server

Subscribed and Sworn to before me on the 30th day of September, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Christopher J. Mullen, Notary Public
Philadelphia County
My commission expires May 27, 2023
Commission number 1227476

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2022008121
Ref: MARTINEZ, RAPHAEL

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 22-CV-03022

Plaintiff:
**RAPHAEL MARTINEZ**

vs.

Defendant:
**1413 GERMANTOWN LLC, et al.**

For:
GARNER FIRM, LTD
1617 JFK Blvd.
Suite 550
Philadelphia, PA 19103

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **GREENPOINTE LLC, 1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**.

I, Daniel Guida, being duly sworn, depose and say that on the **28th day of September, 2022 at 3:20 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to **JOSE VEGA** as **CONCIERGE/AUTHORIZED**, who stated they are authorized to accept service for: **GREENPOINTE LLC** at the address of: **1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE MADE UPON BUILDING MANAGEMENT, RESIDENT AVOIDING SERVICE. 6 ATTEMPTS MADE, LAAKHMNA WAS NOT AVAILABLE AND DID NOT RESPOND TO NOTICES. THE ADDRESS WAS CONFIRMED BY THE BUILDING STAFF. ATTEMPTS: 8/31 816PM -NO ANSWER ON PHONE CALL FROM LOBBY; 9/3 907AM -CONCIERGE CALLED NO ANSWER; 9/9 1000AM - NO ANSWER FROM PHONE CALL FROM CONCIERGE, NO ANSWER FROM KNOCKING ON APT. DOOR. A NOTICE WAS LEFT WITH ANGELA, THE BUILDING SUPERVISOR; 9/11 927AM -NO ANSWER, THE CONCIERGE SAID HE HAS NOT SEEN THE DEFENDANT RECENTLY; 9/21 635PM - MR. LAKHMA WAS REACHED BY PHONE CALL FROM CONCIERGE. HE SAID HE IS NOT AVAILABLE AND HUNG UP. THE CONCIERGE WOULD NOT CALL BACK. A NOTICE WAS LEFT TO FORWARD TO LAKHMNA; 9/28 320PM, NO ANSWER BY PHONE, SERVICE ACCEPTED BY CONCIERGE AND HE WAS INFORMED TO GET THE DOCUMENTS TO TENANT/BUSINESS AGENT GAGANDEEP LAKHMNA

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: HISPANIC, Height: 5-10, Weight: 275, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 30th day of September, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Christopher J. Mullen, Notary Public
Philadelphia County
My commission expires May 27, 2023
Commission number 1227476

Daniel Guida
Process Server

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2022008122
Ref: MARTINEZ, RAPHAEL

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 22-CV-03022

Plaintiff:
**RAPHAEL MARTINEZ**

vs.

Defendant:
**1413 GERMANTOWN LLC, et al.**

For:
GARNER FIRM, LTD
1617 JFK Blvd.
Suite 550
Philadelphia, PA 19103

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **1413 GERMANTOWN LLC, 1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**.

I, Daniel Guida, being duly sworn, depose and say that on the **28th day of September, 2022** at **3:20 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to **JOSE VEGA** as **CONCIERGE/AUTHORIZED**, who stated they are authorized to accept service for: **1413 GERMANTOWN LLC** at the address of: **1401 SPRUCE STREET, APT 1714, PHILADELPHIA, PA 19102**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE MADE UPON BUILDING MANAGEMENT, RESIDENT AVOIDING SERVICE. 6 ATTEMPTS MADE, LAAKHMNA WAS NOT AVAILABLE AND DID NOT RESPOND TO NOTICES. THE ADDRESS WAS CONFIRMED BY THE BUILDING STAFF. ATTEMPTS: 8/31 816PM -NO ANSWER ON PHONE CALL FROM LOBBY; 9/3 907AM -CONCIERGE CALLED NO ANSWER; 9/9 1000AM - NO ANSWER FROM PHONE CALL FROM CONCIERGE, NO ANSWER FROM KNOCKING ON APT. DOOR. A NOTICE WAS LEFT WITH ANGELA, THE BUILDING SUPERVISOR; 9/11 927AM -NO ANSWER, THE CONCIERGE SAID HE HAS NOT SEEN THE DEFENDANT RECENTLY; 9/21 635PM - MR. LAKHMA WAS REACHED BY PHONE CALL FROM CONCIERGE. HE SAID HE IS NOT AVAILABLE AND HUNG UP. THE CONCIERGE WOULD NOT CALL BACK. A NOTICE WAS LEFT TO FORWARD TO LAKHMNA; 9/28 320PM, NO ANSWER BY PHONE, SERVICE ACCEPTED BY CONCIERGE AND HE WAS INFORMED TO GET THE DOCUMENTS TO TENANT/BUSINESS AGENT GAGANDEEP LAKHMNA

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: HISPANIC, Height: 5/10, Weight: 275, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 30th day of September, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Christopher J. Mullen, Notary Public
Philadelphia County
My commission expires May 27, 2023
Commission number 1227476

Daniel Guida
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2022008859
Ref: MARTINEZ, RAPHAEL