## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DITRICT OF PENNSYLVANIA

| | |
|---|---|
| Raphael Martinez<br><br>– v. –<br><br>Gagandeep Lakhmna, 1413 Germantown LLC, and Greenpointe LLC | No. 2:22-cv-03022-MAK<br><br>Civil Action |

### APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted to practice in this Court. I appear in this case as counsel for Defendants Gagandeep Lakhmna, 1413 Germantown LLC, and Greenpointe LLC.

Respectfully submitted,

　　　/s/ Daniel J. Auerbach
Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
Gamburg & Benedetto LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(267) 687-2336
dan@gamburglaw.com

Dated: October 4, 2022

## CERTIFICATE OF SERVICE

    This document has been filed electronically and is available for viewing and downloading from the ECF system. Plaintiff was served with this filing through electronic filing because his counsel is a Filing User.

                                        /s/ Daniel J. Auerbach
                                Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
                                Gamburg & Benedetto LLC
                                1500 John F. Kennedy Blvd., Suite 1203
                                Philadelphia, PA 19102
                                (267) 687-2336
                                dan@gamburglaw.com

Dated: October 4, 2022