# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DITRICT OF PENNSYLVANIA

| | |
|---|---|
| Raphael Martinez<br><br>– v. –<br><br>Gagandeep Lakhmna, 1413 Germantown LLC, and Greenpointe LLC | No. 2:22-cv-03022-MAK<br><br>Civil Action |

**[Proposed] ORDER**

AND NOW, on this _____ day of October, 2022, it is hereby ORDERED that Defendants' Unopposed Motion for Extension of Time to Respond to Complaint is GRANTED. Defendants' time to respond to the Complaint is EXTENDED until November 2, 2022.

BY THE COURT:

_____
Kearney, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DITRICT OF PENNSYLVANIA

| | |
|---|---|
| Raphael Martinez<br><br>– v. –<br><br>Gagandeep Lakhmna, 1413 Germantown LLC, and Greenpointe LLC | No. 2:22-cv-03022-MAK<br><br>Civil Action |

## DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants seek a fourteen-day extension of time to respond to the Complaint while the parties discuss potential resolution of this dispute. The current deadline is October 19, 2022.[1] We respectfully request that this Court grant an extension of time until November 2, 2022 under FED. R. CIV. P. 6(b)(1)(A). Plaintiff does not oppose this request.

Respectfully submitted,

  */s/ Daniel J. Auerbach*
Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
Gamburg & Benedetto LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(267) 687-2336
dan@gamburglaw.com

Dated: October 13, 2022

---

[1] Defendants were served on September 28, 2022. *See* (Doc. 4). Defendants had 21 days to respond to the Complaint from there. *See* FED. R. CIV. P. 12(a)(1)(A)(i).

– 1 –

# CERTIFICATE OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. Plaintiff was served with this filing through electronic filing because his counsel is a Filing User.

        */s/ Daniel J. Auerbach*
Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
Gamburg & Benedetto LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(267) 687-2336
dan@gamburglaw.com

Dated: October 13, 2022